**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

12-1182

STATE OF LOUISIANA

VERSUS

CLIFTON FOREST LAW

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 35845-11
HONORABLE CLAYTON DAVIS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**JOHN D. SAUNDERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, John D. Saunders, and Marc T. Amy, Judges.

**APPEAL DISMISSED. THE DEFENDANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS FROM THE DATE OF THIS OPINION.**

John Foster DeRosier
District Attorney - 14th JDC
P.O. Box 3206
Lake Charles, LA 70602-3206
(337) 437-3400
COUNSEL FOR APPELLEE:
        State of Louisiana

Alvin D. Hunt
Hunt Law Firm
P.O. Box 281
Lake Charles, LA 70602
COUNSEL FOR APPELLANT:
        Clifton Forest Law

Saunders, Judge.

On June 14, 2012, a Calcasieu Parish trial court conducted a bench trial and found Defendant, Clifton Forest Law, guilty of operating a motor vehicle while intoxicated, second offense, a violation of La.R.S. 14:98.  The court sentenced him on the same date.

Defendant lodged an appeal, and on October 15, 2012, this court issued a rule to show cause why it should not be dismissed as non-appealable, since the offense is a misdemeanor.  La.Code Crim.P. art. 912.1.  This court gave Defendant a briefing date of October 22, 2012, but he has failed to respond.

As Defendant has failed to respond to the rule, the appeal is hereby dismissed.  Defendant-Appellant, Clifton Forest Law, is hereby permitted to file a proper application for supervisory writs, in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than fifteen days from the date of this decision.  Defendant is not required to file a notice to seek writs nor obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3 as we hereby construe the motion for appeal as a timely filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED.  DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS FROM THE DATE OF THIS OPINION.**